COMMONWEALTH OF KENTUCKY
8TH JUDICIAL CIRCUIT
WARREN CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 15-CI-00602

KENTUCKY FARM BUREAU MUTUAL
INSURANCE COMPANY (a/s/o Timmy Shackelford)  PLAINTIFF

v.     **COMPLAINT**

31-W INSULATION CO., INC.     DEFENDANT

\* \* \* \* \* \*

The Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, by and through counsel, for its cause of action against the Defendant, 31-W Insulation Co., Inc., states as follows:

1. The Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, is a Kentucky Corporation authorized to transact business in the Commonwealth of Kentucky.

2. The Defendant, 31-W Insulation Co., Inc., is a foreign corporation which transacts business in the Commonwealth of Kentucky with its agent for service of process being: Jerry Kelley, 6124 Old Nashville Highway, Bowling Green, Kentucky 42104.

3. Prior to the 6th day of December, 2014 in Warren County, Kentucky, the Defendant, 31-W Insulation Co., Inc., through its agents, employees and/or representatives negligently and carelessly installed a gas fireplace, the associated chimney flu pipe, and other related items in a residence located at 140 Pikes Peak Way, Bowling Green, KY, 42104 ("Home"), which was owned by an insured of the Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, at the time of the



fire in issue herein.

4.  On or about the 6th day of December, 2014 in Warren County, Kentucky, due to the negligence and carelessness of the Defendant, the Home ignited and burned thereby causing significant damage to said residence and the real and personal property owned by the Timmy and Susan Shackelford.

5.  As a result of the culpable conduct of the Defendant, the Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, has been required to pay for damages to its insureds' real and personal property resulting from the fire and has been required to pay sums for additional living expenses and debris removal.

6.  The Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, is entitled to recover from the Defendant, 31-W Insulation Co., Inc., for its culpable conduct in an amount which is in excess of the jurisdictional limits of this Court.

Wherefore, the Plaintiff, Kentucky Farm Bureau Mutual Insurance Company, demands judgment against the Defendant, 31-W Insulation Co., Inc., for compensatory damages in an amount to be determined at trial, for its costs herein expended and for any other relief to which it appears entitled.

Respectfully Submitted,

_____
Joseph A. Bott
John C. Miller
BERTRAM, COX & MILLER, LLP
321 East Main Street, PO Box 1155
Campbellsville, Kentucky 42719-1155
joey@bcmllp.com
(270) 465-6111

ATTORNEYS FOR PLAINTIFF

| AOC-82-105 | | CASE NO. 15-CI- 00602 |
|---|---|---|
| COMMONWEALTH OF KENTUCKY COURT OF JUSTICE | | DIVISION  I |
| | **CIVIL SUMMONS** | COUNTY Warren |
| CR 4.02: CR OFFICIAL FORM 1 | | COURT Circuit |

KENTUCKY FARM BUREAU MUTUAL
INSURANCE COMPANY (a/s/o Timmy Shackelford)                                                                                                   PLAINTIFF

VS

31-W INSULATION CO., INC.                                                                                                                                     DEFENDANT


THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANTS:          31-W Insulation Co., Inc.
                    Process Agent:                         Jerry Kelley
                                                                      6124 Old Nashville Highway
                                                                      Bowling Green, Kentucky 42104

   You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with this summons. Unless a written defense is made by you or by an attorney in your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

   The name(s) and addresses(es) of the party or parties demanding such relief against you or his (their) attorney(s) are shown on the document delivered to you with this summons.

Date:  5-22-2015           Clerk:  Brandi Duvall

                                         By:  O. Hazel


**PROOF OF SERVICE**

This summons was served by delivering a true copy and the complaint (or other initiating document) to:

_____

This _____ day of _____, 20 _____.


Served By: _____